

# NUMBERS 13-22-00338-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BEN AREVALO III,                                                                      Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

### On appeal from the 85th District Court
### of Brazos County, Texas.

# ORDER TO FORWARD DISC EXHIBIT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

Appellant Ben Arevalo III has appealed a judgment in trial cause number 20-00382-CRF-85. The trial court admitted pretrial exhibits, which included State's pretrial exhibit disc 17. This exhibit disc contains propriety software that is unable to be uploaded through the record service portal utilized by court reporters and the Court. Therefore, the court reporter is unable to submit a copy of this disc exhibit with the reporter's record in the usual manner.

The Court is of the opinion that it needs to view the exhibit. Accordingly, the clerk of the trial court and the court reporter together are hereby ordered to forward a copy of, or the original if a copy may not be created, State's pretrial exhibit 17 within ten days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of August, 2022.